IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER LYNN DEVEREAUX, <br><br> Defendant. | CR 05-153-GF-BMM <br><br><br> ORDER |

Based upon Defendant Jennifer Lynn Devereaux's motion, and good cause appearing thereof,

**IT IS HEREBY ORDERED** that Defendant Jennifer Lynn Devereaux's Motion for Leave to File Exhibit A to Reply Brief in Support of Motion to Reduce Sentence Under Seal is GRANTED. Defendant Jennifer Lynn Devereaux may file Exhibit A under seal.

DATED this 23rd day of July, 2020.

_____
Brian Morris, Chief District Judge
United States District Court